**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7300**

———————————

KEITH MAYDAK; PAUL LEE; PARIS LUNDIS, on be-
half of themselves and all those similarly
situated,

                                    Plaintiffs - Appellants,

        versus

DENNIS R. BIDWELL, in his capacity as warden
of FCI Cumberland and in his personal capac-
ity; JANET RENO, in her capacity as Attorney
General of the United States of America;
KATHLEEN HAWK, in her capacity as Director of
the Bureau of Prisons and in her personal
capacity; BUREAU OF PRISONS; UNITED STATES OF
AMERICA,

                                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Joseph H. Young, Senior District Judge.
(CA-95-2247-Y)

———————————

Submitted:  January 23, 1997        Decided:  February 4, 1997

———————————

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Keith Maydak, Paul Lee, Paris Lundis, Appellants Pro Se.  Perry F.
Sekus, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland,
for Appellees.

––––––––––––

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants Keith Maydak, Paul Lee, and Paris Lundis appeal the district court's order granting Appellees' motion for summary judgment and denying monetary and injunctive relief on their 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Maydak v. Bidwell</u>, No. CA-95-2247-Y (D. Md. July 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2